# United States Bankruptcy Court
### District of Delaware

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 04 2011 ★

BROOKLYN OFFICE

In re:

WEISMAN DISCOUNT HOME CENTERS, INC.,

    Debtor

ALFRED T. GIULIANO, Chapter 7 Trustee for WEISMAN DISCOUNT HOME CENTERS, INC.,

    Plaintiff

v.

N.B. MARBLE GRANITE D/B/A NB MARBLE GRANITE,

    Defendant

Case No. 09-12741

Chapter 7

Adv. Proc. No. 11-50062

**MISC11- 753**

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on March 8, 2011 as it appears in the records of this court, and that:

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on     .

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the     issued on     .

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on

 

DAVID D. BIRD
Clerk of the Bankruptcy Court

10/17/11
Date

By: _____
    Deputy Clerk

PH1 2947922v1 10/12/11

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Weisman Discount Home Centers, Inc.
   Debtor

Case No.: 09-12741-BLS

Chapter: 7

Alfred T. Giuliano, Chapter 7 Trustee for Weisman Discount Home Centers, Inc.

   Plaintiff

vs.

N.B. Marble & Granite Inc. d/b/a NB Marble Granite,

   Defendant(s)

Adv. Proc. No.: 11-50062-BLS



## JUDGMENT BY DEFAULT

On 3/8/2011, default was entered against defendant(s) N.B. Marble & Granite Inc. d/b/a NB Marble Granite,. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) N.B. Marble & Granite Inc. d/b/a NB Marble Granite, in the amount of $168,090.00 plus court filing costs in the amount of $250.00.

Date: 3/8/11

                                                         Clerk of Court

(VAN-433b)

#13

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311-1 | User: TriciaB | Date Created: 3/8/2011 |
| Case: 11-50062-BLS | Form ID: van433b | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    N.B. Marble &Granite Inc.    89-04 Liberty Avenue    Ozone Park, NY 11417
ust    United States Trustee    844 King Street, Room 2207    Lockbox #35    Wilmington, DE 19899-0035

                                                              TOTAL: 2

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 04 2011 ★

BROOKLYN OFFICE

# United States Bankruptcy Court

District of __Delaware__

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WEISMAN DISCOUNT HOME CENTERS, INC., | Case No. 09-12741 (BLS) |
| Debtor. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for WEISMAN DISCOUNT HOME CENTERS, INC., | Adversary No. 11-50062 (BLS) |
| Plaintiff, v. | **MISC11- 753** |
| N.B. MARBLE GRANITE D/B/A NB MARBLE GRANITE, | |
| Defendant. | |

## EXEMPLIFICATION CERTIFICATE

I, **David D. Bird**, clerk of the bankruptcy court for this district and keeper of the records and seal of the court certify that the documents attached are true copies of **Judgment by Default, Dated: March 8, 2011 – Adv. No. 11-50062** now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Wilmington, in the State of Delaware, this ____ day of October, 2011.

[Seal of Court]

_Clerk of the Bankruptcy Court_

---

I, **Brendan Linehan Shannon**, bankruptcy judge for this district certify that **David D. Bird** is and was at the date of the above certificate clerk of the bankruptcy court for this district, duty appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation is in due form of law.

10/24/2011
_Date_

_Bankruptcy Judge_

---

I, **David D. Bird**, clerk of the bankruptcy court for this district and keeper seal of the court certify that the **Honorable Brendan Linehan Shannon** is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the court at Wilmington, in the State of Delaware, this 25 day of Nov, 2011.

[Seal of Court]

_Clerk of the Bankruptcy Court_

PH1 2948025v1 10/17/11

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Weisman Discount Home Centers, Inc.
    Debtor

Case No.: 09-12741-BLS

Chapter: 7

---

Alfred T. Giuliano, Chapter 7 Trustee for Weisman Discount Home Centers, Inc.

    Plaintiff

vs.

N.B. Marble & Granite Inc. d/b/a NB Marble Granite,

    Defendant(s)

Adv. Proc. No.: 11-50062-BLS

### JUDGMENT BY DEFAULT

On 3/8/2011, default was entered against defendant(s) N.B. Marble & Granite Inc. d/b/a NB Marble Granite,. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) N.B. Marble & Granite Inc. d/b/a NB Marble Granite, in the amount of $168,090.00 plus court filing costs in the amount of $250.00.

Date: 3/8/11

                                                                                   Clerk of Court

(VAN-433b)

#13

## Notice Recipients

District/Off: 0311-1  User: TriciaB  Date Created: 3/8/2011
Case: 11-50062-BLS  Form ID: van433b  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft   N.B. Marble &Granite Inc.   89-04 Liberty Avenue   Ozone Park, NY 11417
ust   United States Trustee   844 King Street, Room 2207   Lockbox #35   Wilmington, DE 19899-0035

TOTAL: 2