UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALFRED T. GIULIANO, CH. 7 TRUSTEE
FOR THE ESTATE OF WEISMAN
DISCOUNT HOME CENTERS, INC.,
     Plaintiff/ Judgment Creditor,

Case No.: Misc 11-753

-against-

**ORDER TO SHOW CAUSE**

N.B. MARBLE & GRANITE INC.,
     Defendant/ Judgment Debtor.

Upon the annexed declaration of Oksana G. Wright, dated November 15, 2012, the exhibits annexed thereto, the accompanying memorandum of law, and the pleadings herein it is

**ORDERED**, that Defendant, N.B. Marble & Granite Inc. ("N.B. Marble"), show cause before this Court at Room _504 North_ United States Courthouse, 225 Cadman Plaza, ~~New York~~ Brooklyn, New York, on _January 9_, 2013, at _9:30_ ~~o'clock~~ A.M. why an order should not be issued pursuant to Rule 69 of the Federal Rules of Civil Procedure ("FRCP") and Rules 5223, 5224(a), and 2308(b) of the New York Civil Practice Law and Rules ("N.Y. CPLR"):

(a) Compelling N.B. Marble to respond to the information subpoena served upon N.B. Marble on March 2, 2012;

(b) Requiring N.B. Marble to pay plaintiff $2,584.00 consisting of $50.00 as costs, $50.00 as a penalty and $2,484.00 in attorney's fees as damages incurred by plaintiff in attempting to effect compliance with the information subpoena and in making this motion.

**ORDERED** that personal service _by overnight delivery_ of this order, annexed declaration, exhibits, and memorandum of law upon N.B. Marble on or before _5:00 p.m._ ~~o'clock~~ on _December 7_, 2012 shall be deemed good and sufficient service thereof.

**IT IS FURTHER ORDERED**, that defendant shall serve *and file on ECF* any answering or responsive papers upon Fox Rothschild, LLP, 100 Park Avenue, 15th Floor, New York, New York 10017, attorneys for plaintiff, so that said papers are received by said attorneys no later than *January 2, 2013 at 5 p.m.*

Any reply papers shall be served by *January 7, 2013 at noon and filed on ECF*

DATED: ~~New York~~, *Brooklyn* New York

ISSUED __12/04/12__

/s/: VMS
United States ~~District~~ *Magistrate* Judge