| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |

ALFRED T. GIULIANO, Chapter 7 Trustee
for Weisman Discount Home Centers, Inc.,

                            Plaintiff,

       - versus -

N.B. MARBLE GRANITE,

                            Defendant.

ORDER
11-MC-753

JOHN GLEESON, United States District Judge:

       Because I agree with Magistrate Judge Vera M. Scanlon's Certification of Facts, Conclusions of Law, and Proposed Remedy, and because there have been no objections, I hereby adjudicate N.B. Granite in contempt and order it to comply with the information subpoena. I further order N.B. Granite to pay Alfred T. Giuliano a total of $2,400, consisting of $50 in costs, $50 as a penalty, and $2,300 in attorneys' fees.

                                                                     So ordered.

                                                                     John Gleeson, U.S.D.J.

Dated:  September 10, 2013
         Brooklyn, New York